```
                                                        USDC SDNY
                                                        DOCUMENT
UNITED STATES DISTRICT COURT                            ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                           DOC #:_____
------------------------------------------------------------------- X   DATE FILED:   7/13/2108
  MDB LLC d/b/a GreenPearl Events,                      :
                                                        :
                                       Plaintiff,       :
                                                        :                14-CV-9281 (VEC)
                        -against-                       :
                                                        :                     ORDER
  SANDY HUSSAIN, an individual,                         :
                                                        :
                                       Defendant.       :
------------------------------------------------------------------- X
  SANDY HUSSAIN, an individual,                         :
                                                        :
                                Counterclaim Plaintiff, :
                                                        :
                        -against-                       :
                                                        :
  MDB LLC d/b/a GreenPearl Events and RYAN SLACK,       :
  an individual,                                        :
                                                        :
                              Counterclaim Defendants.  :
------------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

      WHEREAS by Order dated April 15, 2016, the Court granted Defendant and Counterclaim Plaintiff Sandy Hussain's ("Hussain") motion for a finding of civil contempt against Plaintiff MDB LLC d/b/a GreenPearl Events ("GreenPearl"), but stayed briefing on the appropriate sanctions pending the Court's decision on Held & Hines, LLP's (the "Firm") request to withdraw as counsel for Hussain;

      WHEREAS by Order dated April 19, 2016, the Court (1) granted the Firm's request to withdraw as counsel for Hussain; (2) stayed further litigation in this action until July 18, 2016, in order to give Hussain an opportunity to retain new counsel; and (3) held the Firm's request for a charging lien in abeyance pending the referral of a fee dispute to the Magistrate Judge for settlement;

WHEREAS on April 25, 2016, Eric A. Seiff, Esq. filed a Notice of Appearance in this action as counsel for Hussain;

WHEREAS following a settlement conference on June 20, 2016, Hussain and the Firm were not able to reach an agreement regarding the Firm's demand for costs and attorneys' fees for work performed in connection with this litigation; and

WHEREAS on July 1, 2016, the Firm filed a separate suit against Hussain, *Held & Hines LLP v. Hussain*, 16-cv-5273 (JSR), seeking to recover costs and fees owed for work performed in connection with this litigation, which case is now pending before Judge Rakoff;

IT IS HEREBY ORDERED that:

1. In light of the fact that the Hussain and the Firm have not been able to resolve the Firm's demand for costs and fees, the Firm's request to retain a charging lien in this action is GRANTED. In the event Hussain and the Firm resolve their fee dispute through settlement or litigation in the separate case, *Held & Hines LLP v. Hussain*, such that the continued imposition of a charging lien in this action is no longer appropriate, Hussain may inform the Court and request that the lien be lifted at that time.

2. In light of the fact that Hussain has retained new counsel, the stay of this action is lifted. Counsel for all parties are directed to appear before the Court for a status conference on Friday, July 22, 2016 at 10:00 a.m.

**SO ORDERED.**

**Date:  July 13, 2016**                                     */s/ Valerie Caproni*
**         New York, New York**                        **VALERIE CAPRONI**
                                                                          **United States District Judge**