Capnoni, V.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MDB LLC d/b/a GreenPearl Events,

Plaintiff,

v.

SANDY HUSSAIN, an individual,

Defendant.

SANDY HUSSAIN, an individual,

Counterclaim-Plaintiff,

v.

MDB LLC d/b/a GreenPearl Events and RYAN SLACK, an individual,

Counterclaim-Defendants.

Civil Action No. 14-CV-9281 (VEC)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/26/2016

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties in the above captioned action through Sandy Hussain herself and the Parties' undersigned counsel that, subject to this Court so ordering this Stipulation in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint and Counterclaims, and all claims asserted therein, including but not limited to Hussain's right to pursue sanctions arising from the Court's contempt Order dated April 15, 2016 in the above-captioned action, be dismissed with prejudice, with each party to bear his, her or its own fees and costs except as otherwise provided in the parties' Settlement Agreement, and with all rights of appeal hereby waived.

[*Signatures follow.*]

Dated: New York, New York
September 16, 2016

Russell E. Adler, Esq.
370 Lexington Avenue, Suite 1012
New York, New York 10017
Phone: (212) 867-9711
*Attorneys for MDB LLC d/b/a GreenPearl Events and Ryan Slack*

Dated: Pelham, New York
September 16, 2016

Joshua R. Bressler, Esq. (JB8780)
3 West 35th Street, 9th Floor
New York, New York 1001
Phone (917) 969-4343
*Attorney for Defendant Sandy Hussain solely for the 2016 contempt proceeding*

Dated: New York, New York
September 16, 2016

Richard P. Jacobson, Esq.
Jacobson Law Group PLLC
750 Third Avenue, 9th Floor
New York, New York 10017
Phone: (212) 519-7733
*Attorneys for MDB LLC d/b/a GreenPearl Events and Ryan Slack*

Dated: Philadelphia, PA
September 16, 2016

Ms. Sandy Hussain, *Pro Se*
239 Queen Street, #2R
Philadelphia, Pennsylvania, 19147

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Date: 9/26/2016